**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
DONNA ITALIA USA, INC.,

                            Plaintiff,                    24 **CIVIL** 6779 (MMG)

        -against-                                **JUDGMENT**

 SMART SODA, INC., et al.,

                          Defendants.
-------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Opinion & Order dated March 31, 2026, Plaintiff's motion for summary judgment on its breach of contract claim is GRANTED, with undisputed damages of $108,750; plus pre-judgment interest of 9% per annum on each of the four $27,187.50 installment payments (accruing as of July 27, 2024 on the first payment in the amount of $4,102.71; as of August 15, 2024 on the second payment in the amount of $3,975.33; as of September 15, 2024 on the third payment in the amount of $3767.52; and as of October 15, 2024 on the fourth payment in the amount of $3,566.40); plus post-judgment interest under 28 U.S.C. § 1961; plus reasonable attorneys' fees and expenses to pursue repayment following the breach, in an amount to be determined. Accordingly, judgment is entered in favor of the Plaintiff and the case is closed.

**Dated:**  New York, New York
      March 31, 2026

                                                 **TAMMI M. HELLWIG**
                                         _____
                                          **Clerk of Court**

                      BY:       _____
                                      **Deputy Clerk**