

Anne C. Reddy
Tel 212.801.9211
reddya@gtlaw.com

April 30, 2026

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 06/10/2026

**VIA ECF**

Honorable Margaret M. Garnett
United States District Court for the Southern District of New York
40 Foley Square, Room 2102
New York, NY 10007

> Re:    ***Donna Italia USA, Inc. v. Smart Soda Holdings, Inc. and Lior Arie Shafir***,
>        **No. 24-cv-06779 (MMG)**

Dear Judge Garnett:

We write on behalf of Plaintiff Donna Italia USA, Inc. ("Plaintiff" or "Donna Italia") in accordance with the Court's Individual Rules ("IR"s) I.D.2 and I.D.3(i)-(iv) to request permission to seal/redact information relating to Plaintiff's fee and expenses submission.[1] We refer the Court to that part of its March 31, 2026 Opinion and Order granting Donna Italia summary judgment (Doc. 62) and Judgment (Doc. 63) "plus reasonable attorneys' fees and expenses to pursue repayment following the breach, in an amount to be determined." *See id.* The Court instructed that "Plaintiff shall submit a specific request for attorneys' fees and expenses, with supporting documentation, within 30 days of the date of this Opinion." (Doc. 62, at 14.)

In accordance with the Court's instruction, Plaintiff is submitting the Declaration of Anne C. Reddy with Exhibits A (Summary of Fees and Expenses) and B (Billing Detail in support of Summary of Fees and Expenses), both of which have been filed under seal.  We respectfully request that the unredacted bills themselves be submitted for *in camera* review. The billing records, which the Court specifically requested, are primarily privileged attorney-work product insofar as they describe in some detail counsel's work and litigation strategy in the case. Consequently, these records should remain privileged and confidential and warrant the protection of a sealed filing. *See, e.g, Allstate Ins. Co. v. Yehudian*, No. CV144826JSAKT, 2017 WL 8788257, at *6 (E.D.N.Y. Aug. 23, 2017), *report and recommendation adopted*, No. 14-CV-4826 (JS)(AKT), 2017 WL 4023134 (E.D.N.Y. Sept. 13, 2017) (party seeking attorneys' fees may file under seal detailed time records).

We thank the Court for its consideration of the relief sought herein and for its attention to this matter.

---

[1] By emails dated April 30, 2026, counsel to the parties met and conferred with regard to this requested relief; counsel for Defendants did not raise any objection to this request.

Honorable Margaret M. Garnett
April 30, 2026
Page 2

Respectfully submitted,

*Anne Reddy*

Anne C. Reddy

cc: All counsel on ECF service list

GRANTED.  Plaintiff is hereby ORDERED to produce the unredacted bills by no later than **June 12, 2026** by emailing a password-protected link to GarnettNYSDChambers@nysd.uscourts.gov.

SO ORDERED.  Dated June 10, 2026.

HON. MARGARET M. GARNETT
UNITED STATES DISTRICT JUDGE

**Greenberg Traurig, LLP | Attorneys at Law**

One Vanderbilt Avenue  |  New York, New York 10017  |  T +1 212.801.9200  |  F +1 212.801.6400

www.gtlaw.com