**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------X

DONNA ITALIA USA, INC.,

Plaintiff,

-against-

SMART SODA, INC., et al.,

Defendants.

---------------------------------------------------------X

24 **CIVIL** 6779 (MMG)

**AMENDED JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated March 31, 2026 and Order dated August 13, 2026, Plaintiff's motion for summary judgment on its breach of contract claim is GRANTED, with undisputed damages of $108,750; plus pre-judgment interest of 9% per annum on each of the four $27,187.50 installment payments (accruing as of July 27, 2024 on the first payment in the amount of $4,102.71; as of August 15, 2024 on the second payment in the amount of $3,975.33; as of September 15, 2024 on the third payment in the amount of $3767.52; and as of October 15, 2024 on the fourth payment in the amount of $3,566.40); plus post-judgment interest under 28 U.S.C. § 1961. It is further Ordered that Plaintiff's request for attorneys' fees and expenses in the amount of $96,724.13 is GRANTED.

**Dated:** New York, New York
August 17, 2026

**TAMMI M. HELLWIG**

______________________________
**Clerk of Court**

**BY:** [signature]
______________________________
**Deputy Clerk**